**Order entered May 29, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01466-CR

**EDER MORALES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 363rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F12-63241-W**

## ORDER

The Court **ORDERS** Darline King LaBar to file, within **FIFTEEN DAYS** of the date of this order, a supplemental record containing State's Exhibit nos. 96, 126, 132, and 143.

We **DIRECT** the Clerk to send copies of this order to Darline King LaBar, official court reporter, 363rd Judicial District Court, and to counsel for all parties.

/s/    ADA BROWN
       JUSTICE